**Ex parte David P. AYERS.**

No. 37232.

Court of Criminal Appeals of Texas.

Nov. 11, 1964.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

This is a habeas corpus proceeding in which the appellant seeks relief from an order remanding him to custody for extradition to Louisiana to answer to a charge of theft of $1680.

The Executive Warrant and the demand of the Governor of Louisiana and supporting papers were introduced in evidence. The appellant offered no evidence.

The proceedings appear to be regular.

The judgment is affirmed.